FORM L149  
Notice of Intent to Close Chapter 7 Case Without Entry of Discharge Due to Failure to Pay  
Filing Fee and Administrative Fee   (v.2.13)

13–16059 – A – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert E. Coyle United States Courthouse**  
**2500 Tulare Street, Suite 2501**  
**Fresno, CA 93721–1318**

(559) 499–5800  
www.caeb.uscourts.gov  
M–F 9:00 AM – 4:00 PM



## NOTICE OF INTENT TO CLOSE CHAPTER 7 CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE TO PAY FILING FEE AND ADMINISTRATIVE FEE

**Case Number:**  13–16059 – A – 7

**Debtor Name(s) and Address(es):**

Geronimo Velasquez Velasquez  
3023 W. Ceres Ave.  
Visalia, CA 93291

Maria Guadalupe Velasquez  
3023 W. Ceres Ave.  
Visalia, CA 93291

The docket and file in this case indicate that the Court entered an order approving payment of the filing fee and administrative fee prescribed by 28 U.S.C. §1930 in installments. Pursuant to this order, the date for making the final installment payment in this case has now passed and $306.00 of the fees has not been paid. Under the Federal Rules of Bankruptcy Procedure, the Clerk of the Court may close a chapter 7 case without entry of discharge if the debtor(s) has(have) not paid in full the filing fees by the date set for making the final installment payment and the case is otherwise eligible for closing.

**NOTICE IS HEREBY GIVEN THAT** if this case is eligible for closing, then it will be closed without entry of a discharge 30 days from the date of this notice unless prior to that time, the debtor(s) does(do) one of the following:

1. **Pays the full amount of the unpaid filing fee and administrative fee ($306.00)** to the Clerk, U.S. Bankruptcy Court, at the address shown above;

   **OR**

2. **Files a motion for an extension of time to pay the unpaid filing fee and administrative fee** with the Clerk, U.S. Bankruptcy Court, at the address shown above;

If this case is not eligible for closing within 30 days, then it will be closed without further notice and without entry of a discharge when it becomes eligible for closing unless, prior to that time, the debtor(s) has(have) taken one of the actions set forth above. Once the case is closed without entry of a discharge, obtaining a discharge will require the filing of a motion to reopen the case, payment of a fee to reopen the case (currently $260.00 for a chapter 7 case), <u>AND</u> payment of the unpaid filing fee and administrative fee $306.00.

Payments must be made in the form of cash, money order, or cashier's check. <u>Personal checks will not be accepted</u>. DO NOT send cash through the mail. Money orders and cashier's checks must be payable to "Clerk, U.S. Bankruptcy Court." Payments in excess of the unpaid filing fee and administrative fee ($306.00) will not be accepted. To ensure proper payment to your account, please include the case number and the words "Filing Fee" on money orders and cashier's checks.

Dated:  1/9/14

Wayne Blackwelder  
Clerk of Court